IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

OURPET'S COMPANY                                                                     PLAINTIFF

v.                         Case No. 4:19-cv-00244 KGB

LEATHER BROTHERS INC.
d/b/a OMNIPET d/b/a
OMNIPET.COM                                                                          DEFENDANT

## ORDER

Before the Court is a voluntary dismissal with prejudice filed by plaintiff OurPet's Company (Dkt. No. 3). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 3). As the stipulation does not specify whether the dismissal is with or without prejudice, the Court dismisses without prejudice the action. Fed. R. Civ. P. 41(a)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

So ordered this 19th day of December 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge